IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY )<br>)<br>    Plaintiff                 )<br>)<br>v.                                )<br>)<br>KENNETH HAINES, et al.   )<br>)<br>    Defendant          )<br>) | WMN 01 CV 2354 |

## ORDER

Upon consideration of the Defendant Haines' Motion For Enlargement of Time to Respond to Complaint for Declaratory Judgment, it is *12th* day of September, 2001,

ORDERED that the motion is granted and the time for the defendant, Kenneth Haines, to respond to the Complaint for Declaratory Judgment is enlarged and extended to October 1, 2001.

                                                          _____
                                                          WILLIAM M. NICKERSON,
                                                          United States District Judge

