**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

2002 MAR 29 A 11: 03

| | | |
|---|---|---|
| STATE FARM AND CASUALTY CO. | : | |
| v. | : | Civil Action No. WMN-01-2354 |
| KENNETH HAINES, et al. | : | |

**ORDER**

Pursuant to the foregoing Memorandum, and for the reasons stated therein, IT IS this *29th* day of March, 2002, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendant Gibson's Motion to Dismiss or Transfer (Paper No. 5) is hereby DENIED;

2. That Defendant Haines' Motion to Dismiss (Paper No. 9) is hereby DENIED;

3. That Defendant Gibson's Supplemental Motion to Dismiss (Paper No. 11) is hereby DENIED; and

4. That the Clerk of the Court shall mail or transmit copies of this Memorandum and Order to all counsel of record.

_____
William M. Nickerson
United States District Judge