IN THE UNITED STATES DISTRICT COURT OF MARYLAND
FOR THE DISTRICT OF MARYLAND
**Northern Division**

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. WMN 01 CV 2354 |
| | ) | |
| KENNETH HAINES, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the Plaintiff's Motion to Extend Discovery, and any Opposition thereto, it is this 29th day of August, 2002 hereby,

**ORDERED** that Plaintiff's Motion to Extend Discovery is hereby **GRANTED**, and it is further,

**ORDERED** that the Court's Scheduling Order is modified as follows:

| | |
|---|---|
| Discovery deadline | Oct. 26, 2002 |
| Request for Admissions | Nov. 03, 2002 |
| Dispositive Pretrial Motions deadline | Nov. 23, 2002 |

_____
Judge William Nickerson
U.S. District Court for the District of Maryland

2

cc:

Michael J. Budow, Esq.
Michael B. Krackov, Esq.
7201 Wisconsin Avenue, Suite 600
Bethesda, Maryland 20814
Attorneys for State Farm Fire
      & Casualty Company

Thomas L. Kemp
**Kemp & Kemp, P.A.**
141 East Main Street
Elkton, MD 21921
Attorney for Defendants Helen G. Gibson
      and the Estate of Francis H. Gibson

Brenda A. Sexton
**Wilson & Sexton**
149-151 East Main Street
Elkton, MD 21921
Attorney for Defendants Helen G. Gibson
      and the Estate of Francis H. Gibson

Alan R. Engel
500 S. Camp Meade Road
Linthicum Heights, Maryland 21090
Attorney for Kenneth Haines

Robert K. Nead, Esq.
305 W. Chesapeake Avenue
Suite 325
Baltimore, MD 21204-4421
Attorney for State Farm Mutual Automobile Insurance Company