IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STATE FARM FIRE & CASUALTY CO.  :

V.                              :     Civil Action No. WMN 01-2354

KENNETH HAINES, et al.          :

\* \* \* \* \* \* \* \* \* \*

### AMENDED SCHEDULING ORDER

1. All dispositive motions shall be filed by December 13, 2002.

2. All discovery shall be completed by January 31, 2003.

3. The pretrial conference shall be held by telephone on March 27, 2003 at 9:30 a.m.

4. The 3 day non-jury trial shall commence on April 7, 2003 at 10:00 a.m.

5. Counsel for the parties shall mark their documentary or physical evidence numerically in advance of trial, and shall provide a list containing a brief description of each item so marked. [Please contact my courtroom deputy, Mary Jo Lauman (410) 962-2600 prior to the submission of the exhibit list to insure an accurate format.] Counsel for the plaintiff shall file said list with the Court, in quadruplicate, and shall serve a copy on defendant's counsel not later than March 20, 2003. Counsel for the defendant shall file said list with the Court, and shall serve a copy on plaintiff's counsel, not later than March 27, 2003.

If counsel for the parties so desire, they may file trial memoranda. Such memoranda shall be filed with the Court not later than March 27, 2003.

6. The Clerk of Court shall mail copies of this Amended Scheduling Order to counsel in this case.

_____
William M. Nickerson
Senior United States District Judge

Dated: 10/25/02

