IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STATE FARM AND CASUALTY CO.   :
                              :
v.                            :   Civil Action No. WMN-01-2354
                              :
KENNETH HAINES, <u>et al.</u>        :

### ORDER

Pursuant to the foregoing Memorandum, and for the reasons stated therein, IT IS this 12th day of March, 2003, by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiff's Motion for Summary Judgment (Paper No. 31) is hereby GRANTED;

2. That it is declared that Plaintiff is relieved of any duty to defend or indemnify Defendant Haines for Mr. Gibson's injuries;

3. That Intervenor State Farm Mutual Automobile Insurance Company's Motion for Summary Judgment (Paper No. 32) is hereby GRANTED;

4. That it is declared that Intervenor is relieved of any obligation under the terms Defendants Gibsons' automobile insurance contract to pay the damages for bodily injury that the Gibsons are legally entitled to recover from Kenneth Haines;

5. That Defendant Haines' Counterclaim (Paper No. 18) is

hereby DISMISSED;

    6. That this case is hereby CLOSED;

    7.  That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

    8.  That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

    _____/s/_____
    William M. Nickerson
    Senior United States District Judge